IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DONALD NOEL, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 00-C-2587-M |
| IMMIGRATION AND NATURALIZATION SERVICE, | ] |
| Respondent. | ] |

ENTERED
SEP 2 3 2003

## MEMORANDUM OF OPINION

This is a petition for a writ of habeas corpus, brought pursuant to 28 U.S.C. § 2241. Noel is a native and citizen of Haiti, who entered the United States in 1977 as a lawful permanent resident alien. On November 12, 1987, he was convicted in the Supreme Court of the State of New York, Kings County, for attempted burglary in the second degree. On August 11, 1988, he was convicted in the Supreme Court of the State of New York for robbery in the first degree and robbery in the second degree. As a result of the convictions, Noel was sentenced to a 6 - 12 year term of imprisonment. In 1990, while he was in prison, he received an additional conviction for promoting prison contraband.

On April 13, 1990, an Order to Show Cause, charging Noel with being deportable pursuant to Section 241(a)(4) of the Immigration and Nationality Act, as a person convicted of committing two crimes of moral turpitude. On December 13, 1996, Noel was further charged at his Immigration Judge Hearing as being deportable under § 241(a)(2)(A)(iii) of the

Immigration and Nationality Act, as a person convicted of committing an aggravated felony, first degree robbery. On December 13, 1996, Noel was ordered deported to Haiti by the Immigration Judge. Noel waived his appeal of the Immigration Judge's decision.

On October 8, 1999, New York State Correctional Officials transferred Noel to INS custody. He was placed in the Etowah County, Alabama detention facility pending deportation to Haiti. On May 22, 2000, Noel was turned over to the custody of Etowah County, Alabama officials to face pending charges of assault in the second degree. On the same date, the INS placed an immigration detainer on Noel, advising the Etowah County Sheriff that the INS intends to take Noel into INS custody following completion of the criminal proceedings against him.

On September 14, 2000, Noel filed a petition for a writ of habeas corpus in this court, requesting that the INS be ordered to release him from custody. On January 24, 2001, Noel was convicted in the Circuit Court of Etowah County, Alabama, on his plea of guilty to second degree assault. He was sentenced to a term of imprisonment for fifteen years in the Alabama Department of Corrections.[1] Noel is currently serving his Etowah County sentence in the custody of the Alabama Department of Corrections.

In response to the court's order to show cause, the respondent has filed an answer, in which it asserts that the petition is due to be dismissed because Noel is not currently being detained by the INS. The parties were advised that the respondents' answers would be treated as a motion for summary dismissal. The order further allowed the petitioner an opportunity

---

[1] Noel stipulated to having three prior felony convictions and was sentenced pursuant to Alabama's Habitual Felony Offenders Act.

2

to file affidavits or other material in opposition to the motion and advised him of the consequences of default. However, the petitioner has filed nothing in response to the respondent's answer.

At the time he filed this § 2241 petition, Noel was in the custody of Etowah County officials, awaiting trial on the second degree assault charge. He has since been convicted of that charge and is serving a custodial sentence with the Alabama Department of Corrections. In order to maintain a § 2241 action challenging his detention by the INS, Noel must actually be in the physical custody of the INS. Because he is not in INS custody and was not in INS custody at the time this action was initiated, the petition is due to be dismissed.

An appropriate order will be entered.

DONE this 22d day of September, 2003.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE